IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 47228 |
| LAUREN BROOKS | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 2000
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON IL 60187

   ON: **February 15, 2008**       AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                              $23,369.51

   DISBURSEMENTS                                         $0.00

   NET CASH AVAILABLE FOR DISTRIBUTION   $23,369.51

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $3,086.95 | $0.00 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No parties holding priority claims filed a claim in this case.

7. General unsecured creditors filed claims totaling $34,978.45 and will receive a distribution of 57.9% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| American Express Centurion | $9,562.96 | $5,545.17 |
| Dell Financial Services | $3,811.88 | $2,210.35 |
| Ecast Settlement Corp | $17,140.90 | $9,939.30 |
| LVNV Funding | $4,462.71 | $2,587.75 |

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

For the Court:

Dated: **January 11, 2008**

**KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Jan 11, 2008
Case: 05-47228                Form ID: pdf002          Total Served: 13
```

The following entities were served by first class mail on Jan 13, 2008.
```
db         +Lauren C Brooks,   1710 North President Street,   Wheaton, IL 60187-3325
aty        +Jon N. Dowat,   Tax Resolution Center,   1674 Molitor Road,   Unit C,   Aurora, IL 60505-1359
tr         +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
             Chicago, IL 60625-5104
10061602    American Express,   Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,
             Malvern, PA 19355-0701
10061607   +Cingular/AT&T Wireless,   Acct. 0031667344,   P. O. Box 58056,   Anaheim, CA 92817
10061601   +Citi-Card Visa,   Acct. 4128003915844487,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
10061604   +Dell Computer,   Acct. 6879450119001002355,   P. O. Box 6403,   Carol Stream, IL 60197-6403
10773813   +Dell Financial Services, L.P.,   12234B North I-35,   Austin, Texas 78753-1724
10061605   +Household Bank,   Acct. 0007001066002141922,   P. O. Box 4144,   Carol Stream, IL 60197-4144
10746634   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10061606   +Sears Master Card,   Acct. 5121075024025806,   P. O. Box 182156,   Columbus, OH 43218-2156
10061603    eCast Settlement Corporation assignee of,   Chase Bank USA NA,   35480 Newark, NJ 07193-5480
```

The following entities were served by electronic transmission on Jan 12, 2008.
```
10759475    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP/Citi,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10061600    List of Creditors In re: Brooks, Lauren C
10693967*   American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                          TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**                **Signature:** *Joseph Speetjens*