IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAUREN BROOKS | ) NO. 05-47228 |
| | ) HON. JOHN H. SQUIRES, |
| | ) BANKRUPTCY JUDGE |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: May 9, 2008                                    /s/ Brenda Porter Helms
                                                       _____
                                                       Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                        CHAPTER 7

LAUREN C. BROOKS                                              CASE NO. 05-47228

    Debtor(s).                            HON. JOHN SQUIRES

### FINAL DISTRIBUTION REPORT

  I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,086.95 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $20,304.33 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $23,391.28 |

*Group Exhibit A*

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,086.95 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $3,086.95 | $3,086.95 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 0.00 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2 | Department Of Treasury- Internal Revenue  Claims of Governmental Units-507 | $0.00 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 34,978.45 | 58.05 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 1 | American Express Centurion Bank  General Unsecured 726 | $9,562.96 | $5,551.12 |
| 4 | Dell Financial Services L.P.  General Unsecured 726 | $3,811.88 | $2,212.72 |
| 5 | Ecast Settlement Corp As Assignee O  General Unsecured 726 | $17,140.90 | $9,949.97 |
| 3 | Lvnv Funding LLC  General Unsecured 726 | $4,462.71 | $2,590.52 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 2/20/08                                  /s/ Brenda Porter Helms

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) NO. 05-47228 |
| LAUREN BROOKS | ) HON. JOHN H. SQUIRES |
| | ) BANKRUPTCY JUDGE |

## ORDER AWARDING COMPENSATION

AT WHEATON, ILLINOIS this        day of                  , 2008, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING TO THE COURT that the Trustee, Brenda Porter Helms, has filed an application for compensation and reimbursement of expenses; and it

APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that compensation in the amount of $3,086.95 is awarded to Brenda Porter Helms, Trustee. Said compensation may be paid after the Final Distribution Report has been filed with the Court.

ENTERED

FEB 1 5 2008

ENTERED: _____John H. Squires_____
                UNITED STATES BANKRUPTCY
         United States Bankruptcy Judge

Prepared by:
Brenda Porter Helms
S6184302
3400 W. Lawrence Ave
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-47228 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BROOKS, LAUREN C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1875 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0237 | | |
| For Period Ending: | 05/10/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/06 | 1 | Bennie Sumner | debtor's interest in residence | 1110-000 | 23,000.00 | | 23,000.00 |
| 04/28/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.61 | | 23,017.61 |
| 05/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.55 | | 23,037.16 |
| 06/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.93 | | 23,056.09 |
| 07/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.58 | | 23,075.67 |
| 08/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.60 | | 23,095.27 |
| 09/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.98 | | 23,114.25 |
| 10/31/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.63 | | 23,133.88 |
| 11/30/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.01 | | 23,152.89 |
| 12/29/06 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.66 | | 23,172.55 |
| 01/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.69 | | 23,192.24 |
| 02/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.79 | | 23,210.03 |
| 03/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.71 | | 23,229.74 |
| 04/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.10 | | 23,248.84 |
| 05/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.75 | | 23,268.59 |
| 06/29/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.12 | | 23,287.71 |
| 07/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.79 | | 23,307.50 |
| 08/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.80 | | 23,327.30 |
| 09/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.85 | | 23,342.15 |
| 10/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.88 | | 23,357.03 |
| 11/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.48 | | 23,369.51 |
| 12/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.17 | | 23,380.68 |
| 01/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.26 | | 23,389.94 |
| 02/10/08 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.34 | | 23,391.28 |
| 02/10/08 | | Transfer to Acct #*******7417 | Final Posting Transfer | 9999-000 | | 23,391.28 | 0.00 |

Exhibit B

PFORM24

Ver: 12.63

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

| Case No: | 05-47228 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BROOKS, LAUREN C | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number CD #: | *******7417 Checking - Non Interest |
| Taxpayer ID No: | *******0237 | | | |
| For Period Ending: | 05/10/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/10/08 | | Transfer from Acct #*******1875 | Transfer In From MMA Account | 9999-000 | 23,391.28 | | 23,391.28 |
| 02/20/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 3,086.95 | 20,304.33 |
| 02/20/08 | 001002 | American Express Centurion Bank c/o Becket and Lee PO Box 3001 Malvern PA 19355 | final distribution | 7100-000 | | 5,551.12 | 14,753.21 |
| 02/20/08 | 001003 | Dell Financial Services L.P. 12234B North I-35 Austin Texas 78753 | final distribution | 7100-000 | | 2,212.72 | 12,540.49 |
| 02/20/08 | 001004 | eCast Settlement Corp as Assignee of Chase Bank P.O. Box 35480 Newark NJ 07193 | final distribution | 7100-000 | | 9,949.97 | 2,590.52 |
| 02/20/08 | 001005 | LVNV Funding LLC P.O. Box 10587 Greenville SC 29603 | final distribution | 7100-000 | | 2,590.52 | 0.00 |

Total Of All Accounts    0.00

PFORM24

Ver 12.63